IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:18-mj-0025 DMC |
| Plaintiff, | |
| v. | ORDER TO PAY |
| MILES D. MURZI, | |
| Defendant. | |

The Defendant, having been found guilting of violating 21 U.S.C. 844(a), possession of a controlled substance, after entry of a no contest plea thereto, is

ORDERED TO PAY a fine in the sum of $2,945.00, a processing fee of $30.00, and a penalty assessment of $25.00, for a total of $3,000.00 on or before February 1, 2019, to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.

Dated: December 11, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1